IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNY BARKINS**                                                                                     **PLAINTIFF**

v.                                          Case No. 5:15-cv-0005 KGB

**JACKIE STEVENSON, individually
and in his official capacity, THE CITY
OF PINE BLUFF, JULIE HILLARD,
individually and in her official capacity,
JEREMY FUNDERBURG, individually
and in his official capacity as Pine Bluff
City Police Officer**                                                                    **DEFENDANTS**

## ORDER

    Plaintiff Kenny Barkins has informed the Court that this matter has settled (Dkt. No. 11). Mr. Barkins moves the Court to dismiss this action with prejudice, with each party to bear his or her own fees and costs. For good cause shown, the Court grants plaintiff's motion to dismiss this action and hereby dismisses with prejudice the complaint and all claims in this action against the defendants. Each party will bear his or her own costs and fees incurred in the litigation. The Court will retain jurisdiction over this matter for a period of 30 days from the date of this Order to enforce the terms of the settlement agreement.

    SO ORDERED this 30th day of September, 2015.

_____
Kristine G. Baker
United States District Judge